### JOHN P. YOUNG vs. PETER ARNDT.

An affidavit for motion to change the venue, should state that *each and every* of the witnesses are material &c., and also that, without whose testimony and the testimony of *each and every* of them he can not safely proceed, &c.

*Motion by defendant to change the venue.*—An objection was taken to the affidavit upon which defendant moved, that it was not repeated in the affidavit that " *each and every*" of the witnesses were material to his defence, &c.   That part of the affidavit to which objection was made read as follows, (after naming the witnesses) " are *each and every* of

them material witnesses for this deponent on the trial of said cause as he is advised by his said counsel and believes, without whose testimony and the testimony of *each* of them he can not safely proceed, &c."

L. BENEDICT Jr., *Defts Counsel.*   H. K. AND L. W. JEROME, *Defts Attys.*
M. T. REYNOLDS, *Plffs Counsel.*   SACIA AND DAVIS, *Plffs Attys.*

Plaintiffs counsel insisted that the affidavit should have read; " without whose testimony and the testimony of each *and every* of them, &c."
3 *Wend.*, 19 *Wend.*

BEARDSLEY, Justice.—The affidavit does not seem to come within the rule, in that respect.   Motion denied, with costs, without prejudice.